May 25, 1964.

No. 1108. Carrington v. Rash et al. On petition for writ of certiorari to the Supreme Court of Texas. The motion under Rule 43 (4) for expeditious treatment is denied. *W. C. Peticolas* on the motion.

No. 1036, Misc. Randall v. United States. Motion for leave to file petition for writ of certiorari denied. *Melvin L. Wulf* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for the United States.

No. 1104, Misc. Brown v. Wainwright, Corrections Director. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 1267, Misc. Gomez v. Heinze, Warden;
No. 1329, Misc. In re Lugo;
No. 1336, Misc. Moore v. Randolph, Warden;
No. 1344, Misc. Harris v. McGinnis, Corrections Commissioner, et al.; and
No. 1356, Misc. Moore v. Cox, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1316, Misc. McQuaide v. Wainwright, Corrections Director; and
No. 1335, Misc. Robertson v. California. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.